# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DENNIS J. STRAUB  
967 N. CHURCH STREET  
ROCKFORD, IL 61103  

SSN-xxx-xx-2042

Case Number: 08-70692

Case filed on: 3/10/2008  
Plan Confirmed on: 5/16/2008  

D Dismissed

Total funds received and disbursed pursuant to the plan: $1,540.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY GARY C FLANDERS | 3,500.00 | 3,500.00 | 791.25 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 791.25 | 0.00 |
| 007 | CAMELOT RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CB ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | UNITED HEALTHCARE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | OSF SAINT ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | PORTFOLIO RECOVERY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | CREDITORS PROTECTION AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ILLINOIS DEPT OF HEALTHCARE | 22,301.88 | 22,301.88 | 0.00 | 0.00 |
|  | Total Priority | 22,301.88 | 22,301.88 | 0.00 | 0.00 |
| 999 | DENNIS J. STRAUB | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | HSBC MORTGAGE SERVICES | 19,407.65 | 18,904.00 | 0.00 | 0.00 |
| 003 | WINNEBAGO COUNTY SCHOOLS CREDIT UNION | 3,863.35 | 3,863.35 | 290.23 | 138.21 |
| 037 | RENT-A-CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | WINNEBAGO COUNTY SCHOOLS CREDIT UNION | 919.79 | 919.79 | 161.21 | 31.44 |
|  | Total Secured | 24,190.79 | 23,687.14 | 451.44 | 169.65 |
| 001 | HSBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ANN AGUSTSSON-MATHERS DO | 306.00 | 306.00 | 0.00 | 0.00 |
| 006 | AVON | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAMELOT RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CREDITORS PROTECTION AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | DELTA DENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | DR. WRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ATTORNEY TERRY HOSS & | 370.00 | 370.00 | 0.00 | 0.00 |
| 016 | DR. JOHN MCDONALD | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | DV PENESCHI, DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MATHERS CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | NATIONAL HOME GARDENING | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | NORTHERN ILLINOIS SCANNING | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | OSF HEALTHPLAN INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | OSF SAINT ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | PHYSICIANS IMMEDIATE CARE | 30.00 | 30.00 | 0.00 | 0.00 |
| 029 | QUEST DIAGNOSTICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | RADIOLOGY CONSULTANTS OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | ROCKFORD MERCANTILE AGENCY INC | 5,471.15 | 5,471.15 | 0.00 | 0.00 |
| 034 | ROXBURY FAMILY MEDICINE | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | DEREHENDA K. STRAUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | ANN AGUSTSSON-MATHERS DO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 6,177.15 | 6,177.15 | 0.00 | 0.00 |
|  | Grand Total: | 56,169.82 | 55,666.17 | 1,242.69 | 169.65 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $1,412.34 |
| Trustee Allowance: | $127.66 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

      /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009      By  /s/Heather M. Fagan